ROBERTSON & BECK v. S. S. LACKEY.

Section 12 of an act to organize the courts of justices of the peace and county courts, and to define their jurisdiction and duties, approved August 13th, 1870, provides that all causes appealed from justices' to the District Court are to be tried *de novo*, and such trials shall be final without appeal to the Supreme Court.

APPEAL from Hopkins. Tried below before the Hon. W. H. Andrews.

This suit was originally brought by the appellants against the appellee in the justice's court of precinct No. 6 of Hopkins county, on a medical account of eighty-four dollars. Judgment being rendered in favor of the defendant (appellee in this court), the case was appealed by the plaintiffs (appellants in this court) to the District Court of Hopkins county. A like judgment was rendered by the District Court in favor of appellee, and against the appellants for costs, from which judgment this appeal is prosecuted to the Supreme Court.

No brief for the appellants has reached the hands of the reporter.

*Bowers & Walker*, for appellee, moved the court to dismiss the appeal, on the ground that no appeal was allowed from the judgment of a District Court in a case appealed to it from a justice's court.

WALKER, J. The appeal in this case must be dismissed. Article 5, Section 12, of the Constitution subjects the appellate power to such exceptions and regulations as the Legislature may prescribe. And by the act of August 13th, 1870, it is provided that all causes appealed from justices' to the District Courts are to be tried *de novo*, and such trials shall be final without appeal to the Supreme Court.

We are sorry that so many cases of this kind are sent here by those who appear to take no notice of the law, uselessly consuming our time.

Appeal dismissed.